Phillip **HOORWITZ**, a/k/a Philip Horwitz, Appellant,

v.

Stanley R. **RESOR**, Secretary of the Army, Appellee.

No. 859, Docket 71–1023.

United States Court of Appeals, Second Circuit.

Argued June 4, 1971.

Decided June 4, 1971.

James W. Zion, Hartford, Conn., for appellant.

F. Mac Buckley, Asst. U. S. Atty. (Stewart H. Jones, U. S. Atty. for the District of Connecticut, of counsel), for appellee.

Before CLARK, Associate Justice,* and SMITH and ANDERSON, Circuit Judges.

PER CURIAM:

We affirmed in open court the granting of summary judgment in favor of the appellee in the United States District Court for the District of Connecticut, M. Joseph Blumenfeld, Judge, on the opinion of Judge Blumenfeld below, 329 F. Supp. 1050.

\* Sitting by designation.

Israel Cantu **CANTU**, Petitioner-Appellant,

v.

**UNITED STATES** of America, Respondent-Appellee.

No. 71–2248.

United States Court of Appeals, Fifth Circuit.

July 14, 1971.

Israel Cantu Cantu, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal in forma pauperis is granted. The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 449 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.